IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES BUCHANAN                                                                                    PLAINTIFF

v.                                         Civil No. 10-4001

TYSON FOODS, INC.                                                                              DEFENDANT

## JUDGMENT

For the reasons set forth in a memorandum opinion issued this date, the Court finds that the Defendant's motion for summary judgment (Doc. 11) should be and hereby is GRANTED. This case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of February, 2011.

/s/ *Harry F. Barnes*
HON. HARRY F. BARNES
UNITED STATES DISTRICT JUDGE